AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Leslie Gray

)
)
)   Case: 1:22-mj-00128
)   Assigned to: Judge Faruqui, Zia M.
)   Assign Date: 6/6/2022
)   Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leslie Gray
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds, Parading in a Capitol Building;
18 U.S.C. § 231(a)(3) - Obstruct, Impede, or Interfere with Law Enforcement Officer;
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding.

Date: 06/06/2022

*Issuing officer's signature*

Zia M. Faruqui
2022.06.06 19:12:20 -04'00'

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/6/2022, and the person was arrested on *(date)* 6/15/2022
at *(city and state)* St. Cloud, Florida.

Date: 6/15/2022

*Arresting officer's signature*

Jewel Cortes  TFO/ZMF
*Printed name and title*