UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-128 (ZMF) |
| | : | |
| TRACI ISAACS and LESLIE GRAY, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the preliminary and status hearing set for Thursday, September 1, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, November 1, 2022. Defense counsel for both defendants concur in this motion. The parties request the additional time to review preliminary discovery productions and engage in possible plea negotiations.

The parties further request that the Court exclude the time until the status conference on November 1, 2022, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant United States Attorney – Detailee
PA Bar No. 311803
601 D Street N.W., Washington, DC 200530
Samuel.S.Dalke@usdoj.gov
717-515-4095

CERTIFICATE OF SERVICE

    On this 24th day of August, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                  By:    /s/ Samuel S. Dalke
                              SAMUEL S. DALKE
                              Assistant United States Attorney – Detailee